2025R00463/IDB

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
JAN 15 2026
AT 8:30 ______M
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 26-CR-39 |
| | : | |
| v. | : | 18 U.S.C. § 1349 |
| | : | 18 U.S.C. § 1028A(a)(1) |
| WILLIAM MERKL | : | 18 U.S.C. § 2 |
| | : | |

# INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States charges:

## COUNT ONE
## (Conspiracy to Commit Bank Fraud)

From in or around April 1, 2023 through in or around April 14, 2023, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

WILLIAM MERKL,

knowingly and intentionally conspired and agreed with others to execute a scheme and artifice to defraud Financial Institution-1, a financial institution as defined in Title 18, United States Code, Section 20, the deposits of which were insured by the Federal Deposit Insurance Corporation, and to obtain the moneys, funds, assets, and other property owned by, and under the custody and control of Financial Institution-1, by means of materially false and fraudulent pretenses, representations, and promises, contrary to Title 18, United States Code, Section 1344.

In violation of Title 18, United States Code, Section 1349.

## COUNT TWO
### (Aggravated Identity Theft)

On or about April 14, 2023, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

WILLIAM MERKL,

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, namely, the name and date of birth of Individual-1, during and in relation to a felony violation enumerated in Title 18 United States Code, Section 1028A(c), that is, conspiracy to commit bank fraud in violation of Title 18, United States Code, Section 1349, as charged in Count One of this Information, knowing that the means of identification belonged to another person.

In violation of Title 18, United States Code, Section 1028A(a)(1) and Section 2.

## FORFEITURE ALLEGATION

1. The allegations contained in this Information are hereby realleged and incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1349 and 1028A(a)(1), as set forth in Counts One and Two of this Information, the defendant,

WILLIAM MERKL,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), all property, real and personal, that constitutes or is derived from proceeds the defendant obtained directly or indirectly as a result of such offense, and all property traceable to such property.

<u>Substitute Assets Provision</u>

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

TODD BLANCHE
United States Deputy Attorney General

/s/ *Philip Lamparello*/rdw
PHILIP LAMPARELLO
Senior Counsel

_____
Ian D. Brater
Assistant United States Attorney

CASE NUMBER: 26-CR-39

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**WILLIAM MERKL**

# INFORMATION FOR

18 U.S.C. § 1349
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 2

TODD BLANCHE
*UNITED STATES DEPUTY ATTORNEY GENERAL*

PHILIP LAMPARELLO
SENIOR COUNSEL
*NEWARK, NEW JERSEY*

IAN D. BRATER
*ASSISTANT U.S. ATTORNEY*
*TRENTON, NEW JERSEY*
609-989-2312